ACCEPTED
01-15-00079-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 6:56:12 PM
CHRISTOPHER PRINE
CLERK

### No. 01-15-00079-CV

*In the*

*Court of Appeals for the 1st District*
of the

*State of Texas*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/6/2015 6:56:12 PM

CHRISTOPHER A. PRINE
Clerk

## GLORIA FELDER
*Appellant*

V.

## WOODLEN GLEN APARTMENTS
*Appellee*

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Honorable Debra Ibarra Mayfield, Presiding Judge
Trial Court Case No. 1056604

## AGREED MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

**NOW COME** Appellant, Gloria Felder, and Appellee, Woodlen Glen Apartments, (Parties) as referenced in the above styled cause of action, and file this Motion to Dismiss. The Parties asks this Court to Dismiss the lawsuit and vacate the judgment from the trial court and file this motion for the reason stated herein:

A.  The Parties have reached a mutual settlement agreement.

B.  Appellee agrees to dismiss all claims in the cause of action with prejudice.

Respectfully submitted,

By:
Ernie Garcia
Texas Bar No. 24072106
616 FM 1960, Suite 105
Houston, Texas 77090
Tel. (832) 305-7694
Fax. (832) 553-2984
Attorney for the Appellee

Gloria Felder,
Appellant

## CERTIFICATE OF SERVICE

I certify that on March 17, 2015 a true and correct copy of the Motion to Dismiss was served on the Appellant.

Ernie Garcia